UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br><br>                  Plaintiff<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>                  Defendants | Case No. 2:24-cv-00267-GMN-NJK<br><br>ORDER |

      According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court grants Plaintiff until **September 3, 2024,** to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **September 3, 2024**, this case will be subject to dismissal without prejudice.

      For the foregoing reasons, IT IS ORDERED that Plaintiff must file his updated address with the Court by **September 3, 2024**.

      IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a one-time courtesy copy of this order, the screening order (Docket No. 2), and the complaint (Docket No. 3) to Plaintiff at Lovelock Correctional Center.

      IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

      DATED: August 5, 2024.

                                                                        NANCY J. KOPPE<br>
                                                                        UNITED STATES MAGISTRATE JUDGE