# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br><br>    Plaintiff(s),<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00267-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 14] |

Pending before the Court is Plaintiff's motion seeking information from the Nevada Attorney General's Office as to the identity of Jane Doe Defendant. Docket No. 14. No response was filed. The Court hereby ORDERS that a response be filed by December 23, 2024.

IT IS SO ORDERED.

Dated: December 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge