# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br>    Plaintiff(s),<br>v.<br>KENNETH WILLIAMS, et al.,<br>    Defendant(s). | Case No. 2:24-cv-00267-GMN-NJK<br>**ORDER**<br>[Docket No. 14] |

Pending before the Court is Plaintiff's motion seeking information from the Nevada Attorney General's Office as to the identity of Jane Doe Defendant. Docket No. 14. No response was filed. On December 9, 2024, the Court ordered that a response had to be filed by December 23, 2024. Docket No. 15. Despite that order, no response has been filed to date. Accordingly, Plaintiff's motion is **GRANTED** as unopposed. Local Rule 7-2(d). Defense counsel must provide the requested information by January 13, 2025.

IT IS SO ORDERED.

Dated: December 31, 2024

                                                      Nancy J. Koppe<br>
                                                      United States Magistrate Judge