AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE, (Bar No. 16346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: jwhipple@ag.nv.gov

*Attorneys for Defendant Kenneth Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH WILLIAMS, *et al.*,<br><br>                Defendant. | Case No. 2:24-cv-00267-GMN-NJK<br><br>**MOTION FOR EXTENSION OF TIME TO PROVIDE INFORMATION REGARDING JANE DOE DEFENDANT**<br>**(First Request)** |

Defendant Kenneth Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General, hereby move for an extension of time to respond to the Court's Order of December 31, 2024[1] pursuant to LR IA 6-1.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  FACTUAL ANALYSIS

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by inmate, Jamarr Reed (Reed). On December 31, 2024, this Court issued an Order granting Reed's Motion seeking information from the Nevada Attorney General's Office as to the identity of Jane Doe Defendant.[2] [3] The Court further ordered Defense counsel to provide the

---

[1] ECF No. 20.
[2] *Id*.
[3] ECF No. 14.

requested information by January 13, 2025.[4] Despite diligent efforts on counsel's part, the identity of the Jane Doe has not been determined yet. As such, Defendants now file a Motion for Extension of Time to comply with the Court's order.

## II.    ARGUMENT

Rule 16 of the Federal Rules of Civil Procedure allows a schedule to be modified only for good cause and with the judge's consent.[5] Good cause exists for this extension as despite reasonable inquiry the identity of the individual who communicated with the Plaintiff regarding their medical condition on September 29, 2023 is still unknown.  Multiple individuals were on duty that day, and investigation as to who spoke with Plaintiff regarding Plaintiff's medical condition is ongoing. This investigation has been complicated by the fact that the medical kite attached to Plaintiff's Motion[6] as an exhibit does not appear in his NDOC medical file.  An investigation as to the reason for this absence as well as the identity of the Jane Doe is ongoing, and Defendant requests an additional fourteen (14) days to complete this investigation and comply with the Court's order.

///

///

///

///

///

///

///

///

///

///

///

///

---

[4] ECF No. 20.
[5] FRCP Rule 16(6)(4).
[6] Exhibit 1 to ECF No. 14.


## III.    CONCLUSION

Defendants respectfully request this Court extend the deadline for complying with the Court's order issued on December 31, 2024, to provide Reed with the identity of the Jane Doe. Defendants assert the requisite good cause is present to warrant an extension of time, as counsel for Defendants as been diligent in his attempts to locate this information and additional time is needed for the investigation to identify this individual. Therefore, the Defendants request additional time, up until January 27, 2025, to comply with the Court's order.

DATED this 13th day of January 2025.

AARON D. FORD
Attorney General

By:    */s/ Jeffrey D. Whipple*
JEFFEREY D. WHIPPLE, Bar No. 16346
Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.
Dated:  January 14, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge