**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMARR REED,<br><br>     Plaintiff(s),<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>     Defendant(s). | Case No. 2:24-cv-00267-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 24] |

     Pending before the Court is Plaintiff's Memorandum to the Courts. Docket No. 24. Construing the filing liberally, it appears that Plaintiff contends that Defendants have not responded to discovery and have not participated in the meet-and-confer process. *See id.* at 3. So construed, the parties are **ORDERED** to engage in conferral efforts. To that end, defense counsel must contact Plaintiff regarding any outstanding discovery disputes by March 11, 2025.

     IT IS SO ORDERED.

     Dated: March 4, 2025

                                     _____

                                   Nancy J. Koppe<br>                                   United States Magistrate Judge