# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br><br>    Plaintiff(s),<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00267-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 26] |

Pending before the Court is Plaintiff's motion to extend discovery deadlines. Docket No. 26. Following the Court's order for the parties to engage in conferral efforts, Docket No. 25, Plaintiff contends that defense counsel "has refused to respond in a timely manner" and refuses "to assist [Plaintiff] in obtaining needed pleadings and information pertaining to this case." Docket No. 26 at 2. Defendants are **ORDERED** to file a response to this motion, no later than March 21, 2025. The response must, *inter alia*, detail the parties' conferral efforts, state the discovery that has been completed, and specify any outstanding discovery disputes.

IT IS SO ORDERED.

Dated: March 18, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge