# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00267-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 26] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 26. Defendant Kenneth Williams filed a response acknowledging that Defendant's discovery responses were a month late, Docket No. 28 at 1 n.1, indicating that conferral efforts are underway, *id.* at 2, and explaining that Defendant does not oppose extending the discovery period, *id.*

For good cause shown, Plaintiff's motion to extend is **GRANTED**. Given the circumstances, the Court will extend discovery only for Plaintiff. The cutoff for Plaintiff to engage in discovery is **EXTENDED** to May 1, 2025. Discovery is closed for Defendant. In addition, the other case management deadlines are modified as follows: any discovery motions must be filed by May 15, 2025, dispositive motions must be filed by June 2, 2025, and a joint pretrial order must be filed by July 1, 2025.[1]

IT IS SO ORDERED.

Dated: March 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] In the event dispositive motions are filed, the date for filing the joint pretrial order will be suspended until thirty (30) days after a decision of the dispositive motions or until further order of the Court.

1