# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMARR REED,<br><br>    Plaintiff(s),<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00267-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 33] |

Pending before the Court is Plaintiff's motion to identify a doe defendant as Nurse Toni McGee. Docket No. 33. Any response in opposition must be filed by May 28, 2025.

IT IS SO ORDERED.

Dated: May 22, 2025

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge